la fianza notarial prestada por la National Surety Company en junio 11, 1912. El peticionario compareció en nombre propio.

---

No. 15. El Pueblo *v.* Barquet et al.—Procedimiento para que este tribunal apruebe una exposición del caso. Resuelto en julio 19, 1912. Desestimado el procedimiento. Abogado de los apelantes: *Sr. Felipe Casalduc.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

---

No. 43. Ex Parte Gracia.—Solicitud de *habeas corpus* presentada al Juez Asociado Sr. Aldrey. Resuelto en julio 26, 1912. No considerada la solicitud por incumplimiento del párrafo 3 del artículo 470 del Código de Enjuiciamiento Criminal. Abogado del peticionario: *Sr. Fulgencio Piñeiro.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

---

No. 271. Ex Parte Fajardo.—Constitución de nueva fianza notarial. Resuelto en julio 29, 1912. Requerido el Notario Fajardo para que constituya nueva fianza notarial.

---

No. 43. Ex Parte Gracia.—Solicitud de *habeas corpus* presentada al Juez Asociado Sr. Aldrey. Resuelto en julio 31, 1912. Denegada la solicitud. Abogado del peticionario: *Sr. Fulgencio Piñeiro.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

---

No. 303. Ex Parte Gibson.—Sobre constitución de nueva fianza notarial. Resuelto en agosto 2, 1912. Requerido el Notario Gibson para que constituya nueva fianza notarial o entregue el protocolo al archivero general del distrito.